**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION**

| | |
|---|---|
| IN RE:<br>Gregory Lloyd Pomykata )<br>SSN: XXX-XX-6875 )<br>Cheryl Ann Pomykata )<br>SSN: XXX-XX-0996 )<br>　　　　Debtors. )<br>_____) | CHAPTER 13<br>CASE NO. 13-50893 |

**NOTICE OF CHANGE OF DEBTOR(S) ADDRESS**

　　NOW COMES the Debtor(s), through undersigned counsel, and gives notice of a new address for the Debtor(s). That information is as follows:

Gregory Lloyd Pomykata
Cheryl Ann Pomykata
16810 Summers Walk Blvd
Davidson, NC 28036

This the 1st day of February, 2017.
　　3rd

　　　　　　　　　　　　　　　　　　Law Offices of Robert H. Gourley, Jr., PA

　　　　　　　　　　　　　　　　　　　　s/Robert H. Gourley, Jr.
　　　　　　　　　　　　　　　　　　Robert H. Gourley, Jr., NC Bar #19034
　　　　　　　　　　　　　　　　　　249 East Broad Street
　　　　　　　　　　　　　　　　　　Statesville, NC 28677
　　　　　　　　　　　　　　　　　　Telephone: (704) 872-5051
　　　　　　　　　　　　　　　　　　Fax: (704) 872-5449

CERTIFICATE OF SERVICE

　　I, Janet Pekarek, Paralegal for Law Offices of Robert H. Gourley, Jr., P.A., hereby certify that this document was filed electronically with the US Bankruptcy Court and served upon the following:

Trustee

Dated: February 1, 2017　　　　　　　　　　　　s/Janet Pekarek
　　3rd　　　　　　　　　　　　　　　　　　　Janet Pekarek