IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| IN RE:<br>Gregory Lloyd Pomykata<br>SSN: XXX-XX-6875<br>Cheryl Ann Pomykata<br>SSN: XXX-XX-0996<br>　　　　　Debtors. | )<br>)<br>)<br>)<br>)<br>) | CHAPTER 13<br>CASE NO. 13-50893 |

CERTIFICATE OF SERVICE

I, Janet Pekarek, Paralegal with the Law Offices of Robert H. Gourley, Jr., P.A., hereby certify that the Order Allowing Early Payoff was served via electronic filing through the US Bankruptcy Court or by depositing a true and exact copy in an official repository of the United States Postal Service in a postage paid envelope addressed to the following:

Creditor Matrix

This the 17th day of July, 2018.

　　　　　　　　　　　　　　　　　　　s/Janet Pekarek
　　　　　　　　　　　　　　　　　　　Janet Pekarek, Paralegal
　　　　　　　　　　　　　　　　　　　Law Offices of Robert H. Gourley, Jr., P.A.
　　　　　　　　　　　　　　　　　　　249 East Broad Street
　　　　　　　　　　　　　　　　　　　Statesville, NC 28677
　　　　　　　　　　　　　　　　　　　704-872-5051
　　　　　　　　　　　　　　　　　　　704-872-5449 - fax

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0419-5<br>Case 13-50893<br>Western District of North Carolina<br>Statesville<br>Mon Jun 18 10:10:37 EDT 2018 | United States Attorney<br>Federal Courthouse Rm. 233<br>100 Otis Street<br>Asheville, NC 28801-2608 | U.S. Bankruptcy Court<br>Statesville Division<br>200 West Broad Street<br>Room 100 1st Floor<br>Statesville, NC 28677-5258 |
| Bankruptcy Adminstrator<br>PO Box 34189<br>Charlotte, North Carolina 28234-4189 | BellSouth Telecommunications, Inc<br>% AT&T Services, Inc<br>Karen A. Cavagnaro - Lead Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921-2693 | CAROLINAS MEDICAL CENTER<br>PO BOX 32861<br>CHARLOTTE, NC 28232-2861 |
| CMC<br>920 Church Street N<br>Concord, NC 28025-2927 | Cannon School<br>5801 Poplar Tent Road<br>Concord, NC 28027-7575 | Charlotte Mecklenburg Hospital Authority<br>1000 Blythe Blvd<br>Charlotte, NC 28203-5812 |
| Chase<br>PO Box 15298<br>Attn: Bankruptcy Dept.<br>Wilmington, Delaware 19850-5298 | Citibank, NA<br>PO Box 6241<br>Sioux Falls, SD 57117-6241 | Davidson Day School<br>750 Jetton Street<br>Davidson, NC 28036-7104 |
| Davidson Day School - Attn: Rachel Lennox,<br>750 Jetton St<br>Davidson, NC 28036-7104 | Drs. Poore, Robinson & Associates, PA<br>627 Carpenter Avenue<br>Mooresville, NC 28115 | Homesley & Wingo Law Group PLLC<br>330 South Main Street<br>Mooresville, NC 28115-3262 |
| IREDELL COUNTY TAX COLLECTOR<br>P O BOX 1027<br>STATESVILLE, NC 28687-1027 | Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, Pennsylvania 19101-7346 |
| Iredell County Tax<br>Collector, P.O. Box 1027<br>Statesville, North Carolina 28687 | Law Offices of Robert H. Gourley, Jr.<br>249 E Broad Street<br>Statesville, NC 28677-5324 | NC Department of Revenue<br>PO Box 1168<br>Raleigh, North Carolina 27602-1168 |
| North Carolina Department of Revenue<br>Bankruptcy Unit<br>P.O. Box 1168<br>Raleigh, NC 27602-1168 | Point Owners Association<br>c/o Hawthorne Management<br>4530 Park Road #201<br>Charlotte, NC 28209-3790 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Regions Bank<br>417 20th St. N<br>Birmingham, Alabama 35203-3295 | Regions Bank<br>P.O. Box 10069<br>Birmingham, AL 35202 | Shapiro & Ingle<br>10130 Perimeter Pkwy, Suite 400<br>Charlotte, North Carolina 28216-0034 |
| US Attorneys Office<br>100 Otis Street, Room 207 US Courthouse<br>Asheville, North Carolina 28801-2608 | Wells Fargo Bank, N.A.<br>Wells Fargo Bank, N.A.<br>Attn: Bankruptcy Department<br>MAC#T7416-023<br>4101 Wiseman Blvd<br>San Antonio, TX 78251-4200 | Wells Fargo Home Mortg.<br>3476 Stateview Blvd.<br>Fort Mill, South Carolina 29715-7200 |

Cheryl Ann Pomykata
16810 Summers Walk Blvd
Davidson, NC 28036-8891

Gregory Lloyd Pomykata
16810 Summers Walk Blvd
Davidson, NC 28036-8891

Robert H. Gourley, Jr.
Law Offices of Robert H Gourley Jr, P.A.
249 E. Broad Street
Statesville, NC 28677-5324

Steven G. Tate
212 Cooper Street
Statesville, NC 28677-5856

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Wells Fargo Bank, N.A.

(u)Wells Fargo Home Mortgage

(d)Homesley & Wingo Law Group, PLLC
330 South Main Street
Mooresville, NC 28115-3262

End of Label Matrix
Mailable recipients    33
Bypassed recipients     3
Total                  36